UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN BERMUDEZ,

        Plaintiff(s),        CASE NUMBER: 10-13944
                                      HONORABLE VICTORIA A. ROBERTS

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 8, 2011, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation (Doc. 12) recommending that the Court: (1) DENY Plaintiff's Motion for Summary Judgment (Doc. 8 ); and (2) GRANT Defendant's Motion for Summary Judgment (Doc. 11).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2), it **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court: (1) **GRANTS** Defendant's motion; and (2) **DENIES** Plaintiff's motion.

        **IT IS ORDERED**.

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated:  September 1, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 1, 2011.

s/Carol A. Pinegar
Deputy Clerk